light; & it is doubtfull ther might be a Confederation in it  And wheras they affirm that ther was tenn pounds offered in behalf of the defendant, we answer that if it should be true, that argueth not that ther is one penny Due, but men may bye peace at a deere rate, but non can say that ever Collings the defendant ever offered tenn pence; For it is supposed that for a fellow to be trapp and surcumvented by fraude & sent one borde & much meanes used to gitt one shore; not only at Graues end; but by the serchers, And also at tarbay ther stripping off all his Cloase for that end to goe one shore as is Cleerly proved, & yett to be brought away & to be brought as a Captive; In such a Case It is apprended that noe Charge ought to be layd upon such a person; & therfor we doubt not but the sayd three Courts did rigteously Cast the plantive and therfor we hope the honered Court of will Confirme their sayd judgments vnto whose determinations we humbly submit Dated March: 4th 1671.

Depositions of three seamen on the Arabella support Collins' statements (S. F. 1081.5, 6).  Richard Sprague, master of the Arabella, deposed that he had disbursed 3$l$ 7$s$ for Robert Collins, who "was kept on board with meat drink & lodgen in the ship . . . five weeks before the ship sayled from Gravesend" (S. F. 1081.7).  William Hearsy deposed (S. F. 1081.9):

The deposition of W$^m$ Hearsy aged about 21 years.  This deponent witnesseth that the serchers coming abord the ship of which m$^r$ Sprage was Comander at Graues End to take notice of the Names of the passengers that then the said Robert Collings did then declare himselfe to the Said serchers that he would not goe in that said Shipp to New England to be a Servant to M$^r$ Sprague or to be disposed of, then hee y$^e$ Said M$^r$ Spreag tould him the Said Collins that he would strip him naked & turne him ashore & he the Said Collins did then expresse him selfe willing to goe ashore though stript but the said Master then would not suffer him, and when the Said Shipp came to Tar-bay he the said Collins would haue gon ashore there, vpon the manifestations thereof he the said Spreag made him strip himselfe naked, & when his cloaths was ofe he the said m$^r$ Spreag would not suffer him to goe on shore, notwithstanding all the seamen tould the said Collins with the passengers that if they were not willing to goe the said voyage when they came to Graues End they might be cleered & further this deponent sayth not

Sworne in Court this 3 of 9$^{br}$ 1671 as Attests FreeGrace Bendall Cler.

Having failed to recover Collins' service, Sprague sued him for his passage money at the next session of the court.  See p. 43, below.]

## WISWALL v. HAMBLETON

Elder John Wiswall & L$^t$ Richard Cooke guardians to Hannah Hanniford plantiffs against William Hambleton Defend$^t$ according to Attachm$^t$ Dat y$^e$ 25th of Octob$^r$ 1671  This case was by desire of pl$^t$ & defend$^t$ w$^{th}$ leaue of y$^e$ Court continued till next Court